

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS CONCUSSION
INJURY LITIGATION

MDL NO. 2323
NO. 12-MD-2323-AB

THIS DOCUMENT RELATES
TO ALL ACTIONS

Misc 12-172

GINO ROMANO, MOVANT

MOTION TO INTERVENE AS PLAINTIFF
UNDER FED.R.CIV.P.RULE 24(A)2, 24(B)

COMES NOW, GINO ROMANO, WITH NEWLY DISCOVERED WITHHELD EVIDENCE MOVES THIS COURT TO INTERVEN AS PLAINTIFF UNDER RULE 24, UNCONDITIONAL MATTER OF RIGHT

MY NAME IS GINO ROMANO, AND I SUPPORT THE CLAIMS OF ALL NFL RETIRED PLAYERS WHO GOT CONCUSSIONS AND I'M ALSO A VICTIM IN THIS CASE AS NFL COMMISONER ROGER GOODELL ASSUALTED ME ON VALENTINES DAY 2012 AND GAVE ME BRAIN DAMAGE AND A CONCUSSION, BECAUSE I KNOW MAJOR SECRETS ON GOODELL INCLUDING COVERING UP EVIDENCE IN THIS CASE, NOW I'M WHISTLE BLOWING TO INFORM THE WORLD THE SECRET TRUTH ABOUT ROGER GOODELL. I AM THE FORMER BOYFRIEND OF ROGER GOODELL WE MET ON CUPID.COM A WHILE BACK AND I WAS A HOMELESS PERSON AND GOODELL PROMISED ME A PLACE TO STAY IN HIS BED ROOM ONLY IF WE BECOME LOVERS AND I WITNESSED GOODELL SHREADING MEDICAL PAPERS IN HIS SHREADING SAYING THE NFL TURNED A BLIND EYE ON PLAYERS SAFETY, AND I CONFRONTED GOODELL ON WHY HE IS SHREADING EVIDENCE IN THIS CASE BECAUSE THAT IS A FEDERAL CRIME AND GOODELL BEGAN PUNCHING ME IN THE FACE AND POKED MY EYEBALLS AND TOLD ME DONT TELL A SOUL WHAT I SEEN OR GOODELL IS GOING TO PUT A BOUNTY ON MY HEAD FROM JONATHAN VILMA AND GOODELL THREATENED TO HAVE MICHAEL VICK STEAL MY DOVERMINT AND I HID UNDER GOODELLS BED AND FOUND PICTUERS OF ROGER GOODELL DOING COCAINE WITH PACMAN JONES AND GOODELL LAP DANCING WITH JUNIOR SEUI AT HONOLOOO IN A MINI VAN BY TOYOTA, AND NOW GOODELL, BUD SELIG AND BORIS BECKER ARE IN A CONSPIRACY TOGETHER.. ROGER GOODELL GAVE ERIC LINDROS A CONCUSSION, GOODELL WAS STEALING IDENTITES WITH LENNY DYKSTA, AND

CUSSION, GOODELL WAS STEALING IDENTITES WITH LENNY DYKSTA, AND I SAW GOODELL SPYING ON BILL BELICHICK AT HESS GAS STATIONS ALONG I-95 BACK IN 1995. GOODELL ALSO STOLE MY PERSONAL IDENTITY TO GET BLOND HAIR DYE FROM ECKERT DRUG STORES, AND I CAUGHT GOODELL IN A SECRET AFAIR WITH ERIN ANDREWS FROM ESPN THAT ME & KE$HA SAW THROUGH A PEEP HOLE, WHEN I WATCHED CREEP SHOW GOODELL CONFESSED TO ME HE BETS ON BASEBALL GAMES WITH PETE ROSE AND GOODELL BETS ON HOCKEY GAMES NHL WITH NBA REF TIM DONAGHY. NOW, GOODELL IS SECRET PRISON PEN PALS WITH BERNARD MADOFF, WHERE MADOFF IS TEACHING GOODELL HOW TO HIDE CASH , SO GOODELL WILL NOT HAVE TO PAY OUT SETTLEMENT MONEY IN THIS CASE, GOODELL ALSO SENT FORMER PLAYERS PENSION MONEY TO AL-QAEDA IN 2010 FOR A TAX WRITE OFF. I'M SCARED OF GOODELL I HAVE HIS DIARY FROM UNDER HIS BED AND IN IT OODELL SAID HE SLEPT WITH BOB HOPE, MARY LOU RETTEN , AND JOHN ELWAY IN THE ROOKIES WITH COORS LIGHT AND GOODELL HAS BEEN SENDING ME THREATING EMAILS IN johnnysuenami @ gmail.com AND ON MY FACEBOOK PAGE AS GINO ROMANO (MY PROFILE HAS A MASK),  GOODELL ASSAULTED ME WITH ROMANO CHEESE, I HAVE SO MUCH MORE TO SAY , THIS IS JUST THE TIP OF THE ICEBERG, PLEASE LET ME TESTIFY AGAINST GOODELL BECAUSE ITS THE AMERICAN WAY. I PRAY THIS COURT FOR RELIEF.

RESPECTFULLY,   _____ 6-8-17

GINO ROMANO
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211