**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| Gino Romano, et al. | : | |
| | : | MISCELLANEOUS ACTION |
| | : | |
| | : | NO. 12-mc-172 |
| | : | |
| | : | |

## ORDER

    **AND NOW**, this __2ND____ day of _July___ 2012, it is **ORDERED** that the Motion to

Intervene as Plaintiff (ECF No. 1) is **DENIED** as frivolous.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:           Copies **MAILED** on _____ to: